IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**STRAWBERRY MISSIONARY**                                                                                 **PLAINTIFF**
**BAPTIST CHURCH**

  **VS.**                                                               **CIVIL ACTION NO.: 3:17-cv-155-SA-JMV**

**CHURCH MUTUAL INSURANCE**                                                      **DEFENDANT**
**COMPANY FOUNDATION, INC.**

## **STAY ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the plaintiff has moved to remand this case to state court [5], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 6th day of September, 2017.

                                                                       /s/ Jane M. Virden
                                                                       **UNITED STATES MAGISTRATE JUDGE**